IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **GENERAL STAR NATIONAL INSURANCE COMPANY,** )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**FINANCIAL STRATEGY GROUP, PLC,** )<br>**FSG INVESTMENT MANAGEMENT, LLC** )<br>**MICHAEL ANDREW SHAUL, CLIFF** )<br>**PAESSLER, and ILINDA PARHAM,**  )<br>)<br>**Defendants.**  )<br>_____)<br>**FINANCIAL STRATEGY GROUP, PLC ,** )<br>**MICHAEL ANDREW SHAUL, CLIFF** )<br>**PAESSLER, and ILINDA PARHAM,**  )<br>)<br>**Counter-Plaintiffs,**  )<br>)<br>v.  )<br>)<br>**GENERAL STAR NATIONAL INSURANCE** )<br>**COMPANY,**  )<br>)<br>**Counter-Defendant.** ) | No.: 2:14-cv-2455-SHL-cgc |

## JOINT NOTICE OF SETTLEMENT

Plaintiff/Counter-Defendant, General Star National Insurance Company and Defendants/Counter-Plaintiffs, Financial Strategy Group, PLC, FSG Investment Management, LLC, Michael Andrew Shaul, Cliff Paessler, and Ilinda Parham, by and through their attorneys, hereby notify the court that the parties have reached a tentative settlement of all claims and counterclaims brought in this matter.  The parties expect to finalize the settlement and file a joint stipulation of dismissal in the next 30 days.

Date:   October 1, 2014

LEWIS, THOMASON, KING,
KRIEG & WALDROP, P.C.

*s/ Justin N. Joy*
WILLIAM H. HALTOM, JR.
 Tennessee BPR #6361
JUSTIN N. JOY, BPR #023722
LEWIS, THOMASON, KING,
KRIEG & WALDROP, P.C.
One Commerce Square, 29th Floor
40 South Main Street
Memphis, Tennessee 38103
(901) 525-8721
whaltom@lewisthomason.com
jjoy@lewisthomason.com

and

*s/ Christopher T. Conrad*
CHRISTOPHER T. CONRAD (*pro hac vice*)
BENJAMIN W. TULL (*pro hac vice*)
18 East Dundee Road
Building 6, Suite 150
Barrington, Illinois 60010
(224) 848-4721
cconrad@wilfordconrad.com
btull@wilfordconrad.com

*Attorneys for Plaintiff/Counter-Defendant,*
*GENERAL STAR NATIONAL INSURANCE*
*COMPANY*

GLANKLER BROWN, PLLC

*s/ Charles W. Hill*
CHARLES W. HILL (#4779)
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
(901) 525-1322
Fax: (901) 525-2389
chill@glankler.com

*Attorneys for Defendants/Counter-Plaintiffs,*
*FINANCIAL STRATEGY GROUP, PLC, FSG*
*INVESTMENT MANAGEMENT, LLC, MICHAEL*
*ANDREW SHAUL, CLIFF PAESSLER, and*
*ILINDA PARHAM*

2

## CERTIFICATE OF SERVICE

    I, Benjamin W. Tull, an attorney, hereby certify that, on October 1, 2014, I served the foregoing document by filing a copy through the Court's ECF system, which will serve a copy upon all counsel of record.

                                                /s/ Benjamin W. Tull
                                                BENJAMIN W. TULL