# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **GENERAL STAR NATIONAL INSURANCE COMPANY,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>)  No.: 2:14-cv-2455-SHL-cgc |
| **FINANCIAL STRATEGY GROUP, PLC, FSG INVESTMENT MANAGEMENT, LLC MICHAEL ANDREW SHAUL, CLIFF PAESSLER, and ILINDA PARHAM,** | )<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |
| **FINANCIAL STRATEGY GROUP, PLC, MICHAEL ANDREW SHAUL, CLIFF PAESSLER, and ILINDA PARHAM,** | )<br>)<br>)<br>) |
| **Counter-Plaintiffs,** | )<br>) |
| v. | )<br>) |
| **GENERAL STAR NATIONAL INSURANCE COMPANY,** | )<br>)<br>) |
| **Counter-Defendant.** | ) |

## **STIPULATION OF DISMISSAL**

Plaintiff/Counter-Defendant General Star National Insurance Company ("General Star") and Defendants/Counter-Plaintiffs Financial Strategy Group, PLC, FSG Investment Management, LLC, Michael Andrew Shaul, Cliff Paessler and Ilinda Parham (collectively "Defendants") hereby jointly file this Stipulated Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), asking this Court to dismiss with prejudice General Star's Complaint for Declaratory Judgment against Defendants and Defendants' Counterclaim against General Star.

Each party shall bear its own costs and attorneys' fees.  The parties expressly consent to the Court retaining jurisdiction over this matter to enforce any agreements between the parties.

      Respectfully submitted this 21st day of October, 2014.

| | |
|---|---|
| LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C. | GLANKLER BROWN, PLLC |
| *s/ Justin N. Joy* | *s/ Charles W. Hill* |
| WILLIAM H. HALTOM, JR.<br>Tennessee BPR #6361<br>JUSTIN N. JOY, BPR #023722<br>One Commerce Square, 29th Floor<br>40 South Main Street<br>Memphis, Tennessee 38103<br>(901) 525-8721<br>whaltom@lewisthomason.com<br>jjoy@lewisthomason.com | CHARLES W. HILL (#4779)<br>6000 Poplar Avenue, Suite 400<br>Memphis, Tennessee 38119<br>(901) 525-1322<br>Fax: (901) 525-2389<br>chill@glankler.com |
| | *Attorneys for Defendants/Counter-Plaintiffs, FINANCIAL STRATEGY GROUP, PLC, FSG INVESTMENT MANAGEMENT, LLC, MICHAEL ANDREW SHAUL, CLIFF PAESSLER, and ILINDA PARHAM* |
| and | |
| WILFORD CONRAD LLP | |
| *s/ Christopher T. Conrad*<br>CHRISTOPHER T. CONRAD (*pro hac vice*)<br>BENJAMIN W. TULL (*pro hac vice*)<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>(224) 848-4721<br>cconrad@wilfordconrad.com<br>btull@wilfordconrad.com | |
| *Attorneys for Plaintiff/Counter-Defendant, GENERAL STAR NATIONAL INSURANCE COMPANY* | |

## **CERTIFICATE OF SERVICE**

      I, Benjamin W. Tull, an attorney, hereby certify that, on October 21, 2014, I served the foregoing document by filing a copy through the Court's ECF system, which will serve a copy upon all counsel of record.

                                                  /s/ Benjamin W. Tull
                                                  BENJAMIN W. TULL