```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| GENERAL STAR NATIONAL<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL STRATEGY GROUP, PLC,<br>FSG INVESTMENT MANAGEMENT,<br>LLC, MICHAEL ANDREW SHAUL,<br>CLIFF PAESSLER and ILINDA<br>PARHAM,<br><br>    Defendants,<br>_____<br><br>FINANCIAL STRATEGY GROUP, PLC,<br>FSG INVESTMENT MANAGEMENT,<br>LLC, MICHAEL ANDREW SHAUL,<br>CLIFF PAESSLER and ILINDA<br>PARHAM,<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>GENERAL STAR NATIONAL<br>INSURANCE COMPANY,<br><br>    Counter-Defendant. | No. 2:14-cv-2455 SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 17, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 37) filed October 21, 2014, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against

Defendants, and all claims by Counter-Plaintiffs against Counter-Defendant are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

APPROVED:

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 21, 2014
Date